UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. CR-1-00-070-1 |
| | : | |
| | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| | : | |
| | : | |
| JOHN ALVIN WEST | : | J. Dlott |

- - - - - - - - - - - - - - - - - - - -

William E. Hunt, First Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court that he is entering an appearance as co-counsel for the United States in the above captioned case.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/William E. Hunt
WILLIAM E. HUNT (0024951)
First Assistant U.S. Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio  45202
(513) 684-3711
Fax:  (513) 684-6710
William.Hunt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the Court's CM/ECF System this 27th day of February, 2008, which provides electronic notice to all parties.

s/William E. Hunt
WILLIAM E. HUNT (0024951)
First Assistant U.S. Attorney