## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. CR-2-00-70 |
| vs. | : | JUDGE DLOTT |
| JOHN ALVIN WEST, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

Steven S. Nolder, Federal Public Defender for the Southern District of Ohio, accepts appointment as counsel in the above referenced case and informs the Court that Federal Public Defender Steven S. Nolder will represent Defendant.

Respectfully submitted,

STEVEN S. NOLDER
FEDERAL PUBLIC DEFENDER

  /s/   Steven S. Nolder
Steven S. Nolder  (00373795)
Federal Public Defender
One Columbus
10 West Broad Street, Suite 1020
Columbus, Ohio  43215-3469
(614) 469-2999
Steve_Nolder@fd.org

Attorney for Defendant
John Alvin West

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the Notice of Appearance was electronically served upon William Hunt, First Assistant United States Attorney, Office of the United States Attorney, 221 E. Fourth Street, Suite 400, Cincinnati, Ohio 45202, this 27th day of February, 2008.

        /s/ Steven S. Nolder
Steven S. Nolder  (0037795)
Federal Public Defender

Attorney for Defendant
John Alvin West