# UNITED STATES DISTRICT COURT
for the

_____SOUTHERN_____ District of _____OHIO_____

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JOHN ALVIN WEST, ) | Case No: __1:00cr70-1_____ |
| ) | USM No: __03340-061_____ |
| Date of Previous Judgment: ____03/20/2001____ ) | __Steve Nolder, Federal Public Defender__ |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  x  DENIED.  ☐  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __118 Months__ months **is reduced to** __94 Months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | __29__ | Amended Offense Level: | __27__ |
| Criminal History Category: | __III__ | Criminal History Category: | __III__ |
| Previous Guideline Range: | __108__ to __135__ months | Amended Guideline Range: | __87__ to __108__ months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __3/20/01__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   __April 9, 2008__                                   _____Susan J. Dlott_____
                                                                                    Judge's signature

Effective Date: __April 9, 2008__                                Susan J. Dlott, United States District Judge
               (if different from order date)                                Printed name and title