AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

SOUTHERN District of OHIO

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOHN ALVIN WEST, | ) | Case No: 1:00cr70-1 |
| | ) | USM No: 03340-061 |
| Date of Previous Judgment: 03/20/2001 | ) | Steve Nolder, Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   x  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __118 Months__ months **is reduced to** __94 Months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 | |
| Criminal History Category: | III | Criminal History Category: | III | |

Previous Guideline Range: __108__ to __135__ months    Amended Guideline Range: __87__ to __108__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**




Except as provided above, all provisions of the judgment dated 3-20-01 shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   April 17, 2008                                *[signature]*
                                                                              Judge's signature

Effective Date:  April 17, 2008                    Michael R. Barrett, United States District Judge
(if different from order date)                              Printed name and title